IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUSTOM MEDIA TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1419-LPS |
| | ) | |
| AT&T INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and between Plaintiff Custom Media Technologies, LLC and Defendant AT&T Inc., and subject to the approval of the Court, that AT&T Services, Inc. is substituted for AT&T Inc. as the named defendant.  All pleadings filed in this proceeding that refer to AT&T Inc. and that were filed before the date of this Stipulation are hereby deemed to refer to AT&T Services, Inc.  This substitution is made without prejudice. Further, subject to the approval of the Court, the time for AT&T Inc. to move, answer, or otherwise respond to Custom Media Technologies LLC's First Amended Complaint for Patent Infringement in this action shall be extended through and including three business days following approval or denial of this stipulation.

In consideration of this substitution, AT&T Inc. and AT&T Services, Inc. represent as follows:

1. AT&T Inc. does not provide or operate any products or services to consumers and has not provided or operated those products or services during the entire damages period governed by 35 U.S.C. § 286.  To the extent that we understand the products or services that are

the subject of the above captioned lawsuit, AT&T Services, Inc. provides or operates those products and services.

2. While this litigation is pending, AT&T Inc. will not file a declaratory judgment action on any of the patents-in-suit or any patents or pending patent applications related by family to the patents-in-suit, unless such a patent or pending patent application has been asserted or has been threatened to be asserted against AT&T Inc.

3. AT&T Services, Inc. will not resist the production of discovery that may be in AT&T Inc.'s possession, custody, or control (if any), in response to discovery requests served on AT&T Services, Inc. in this case, on the ground that it is outside the possession, custody or control of AT&T Services, Inc.

After entry of this Stipulation and Proposed Order, the caption of this action shall be:

| | | |
|---|---|---|
| CUSTOM MEDIA TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1419-LPS |
| | ) | |
| AT&T SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Andrew E. Russell* |
| Richard D. Kirk (No. 922) | John W. Shaw (No. 3362) |
| Stephen B. Brauerman (No. 4952) | Andrew E. Russell (No. 5382) |
| BAYARD, P.A. | SHAW KELLER LLP |
| 222 Delaware Avenue, Suite 900 | 300 Delaware Avenue, Suite 1120 |
| P.O. Box 25130 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| rkirk@bayardlaw.com | jshaw@shawkeller.com |
| sbrauerman@bayardlaw.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Robert E. Freitas | David R. Clonts |
| Craig R. Kaufman | James L. Duncan |
| FREITAS TSENG & KAUFMAN LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 100 Marine Parkway, Suite 200 | 1111 Louisiana Street, 44th Floor |
| Redwood Shores, CA 94065 | Houston, TX 77002-5200 |
| (650) 593-6300 | (713) 220-5800 |

Dated: November 4, 2013