IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUSTOM MEDIA TECHNOLOGIES LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 13-1419-LPS |
| AT&T SERVICES, INC., | ) ) | |
| Defendant. | ) | |

**<u>DEFENDANT AT&T SERVICES, INC.'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Services, Inc. hereby submits the following statement of its corporate interests.

1. AT&T Services, Inc. is a subsidiary of AT&T Inc. and is indirectly owned wholly by AT&T Inc.

2. AT&T Inc. has no parent corporation, and is itself a publicly-held corporation.

3. No publicly-held company owns ten percent or more of AT&T Inc.'s corporate stock.

OF COUNSEL:
David R. Clonts
James L. Duncan III
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
(713) 220-5800

Dated: November 8, 2013

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant AT&T Services, Inc.*